IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



| | |
|---|---|
| LAURA L. TANNER and<br>TIMOTHY TANNER,<br><br>   Plaintiffs,<br><br>v.<br><br>WYETH f/k/a AMERICAN HOME<br>PRODUCTS CORPORATION | No. 4:05-cv-00174-HTW-JMR |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Laura L. Tanner and Timothy Tanner, by and through counsel, pursuant to the Federal Rules of Civil Procedure, submit this Order of Voluntary Dismissal With Prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs, Laura L. Tanner and Timothy Tanner, dismiss this action without prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 28th day of Sep., 2006.

_____
U.S. MAGISTRATE JUDGE

_____
DATE

Submitted by:

/s/ Dana G. Kirk by Charles F. Morrow with permission
Dana G. Kirk
Chad Aaronson
Attorneys for Plaintiff