IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



LAURA L. TANNER and
TIMOTHY TANNER,

    Plaintiffs,

v.

WYETH f/k/a AMERICAN HOME
PRODUCTS CORPORATION

No. 4:05cv174HTW-JCS

### AMENDED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Laura L. Tanner and Timothy Tanner, by and through counsel, pursuant to the Federal Rules of Civil Procedure, submit this Order of Voluntary Dismissal With Prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs, Laura L. Tanner and Timothy Tanner, dismiss this action with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 24th day of January, 2007.

_____
U.S. MAGISTRATE JUDGE

01-24-07
DATE

Submitted by:

/s/ Dana G. Kirk by Charles F. Morrow with permission
Dana G. Kirk
Chad Aaronson
Attorneys for Plaintiff

/s/ Charles F. Morrow
Charles F. Morrow
Attorney for Wyeth